UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Tarkett USA Inc., § § § *Plaintiff*, § § v. § § Jennifer Maynard, § § *Defendant*. § | Civil Action No.: 1:24-cv-00457-JPH-MKK |

> The court acknowledges the Joint Stipulation of Dismissal with Prejudice, Dkt. [90]. The Clerk is DIRECTED to close this case on the docket. JPH 11/27/2024. Distribution via ECF.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Tarkett USA Inc. and Defendant Jennifer Maynard (collectively, the "Parties") hereby stipulate and agree that the above-captioned matter be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Parties to bear their own costs, expenses, and attorneys' fees.

[*signatures on following page*]